■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RODRIQUEZ, Appellant. [679 NYS2d 590] —Judgment, Supreme Court, New York County (James Yates, J.), rendered December 7, 1995, convicting defendant, after a jury trial, of murder in the second degree and criminal possession of a weapon in the second degree, and sentencing him, as a persistent violent felony offender, to concurrent terms of 20 years to life, unanimously affirmed.

The hearing court properly found that the police had probable cause to arrest defendant. The police had ample basis upon which to conclude that defendant was the same person who had been identified by eyewitnesses to the murder, including defendant's nickname, physical description, connection with a particular bar, and status as the victim of a prior shooting (*Brinegar v United States*, 338 US 160, 175). Concur— Milonas, J. P., Williams, Andrias and Saxe, JJ.

■ CHATO P. PHILLIPS, Appellant, v LEAGUE FOR THE HARD OF HEARING, Respondent. [679 NYS2d 40] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about August 29, 1997, which denied plaintiff's motion for a default judgment, unanimously affirmed, without costs.

Assuming arguendo that defendant's answer was four days late, plaintiff's retention of defendant's answer for some six weeks without objection, during which time plaintiff responded to the answer by apparently repleading his causes of action and served a bill of particulars and authorizations for medical and employment records, constituted a waiver of any claim that the answer was not timely served (*see*, *Wittlin v Schapiro's Wine Co.*, 178 AD2d 160, 161). Concur—Milonas, J. P., Williams, Andrias and Saxe, JJ.